UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Peacehealth Networks On Demand, LLC,

                           Plaintiff(s),

      -against –

ZoomCare365 Management LLC, et al.,

                           Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:22-CV-05139 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: November 28, 2022
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.